# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT EDNY

★ JAN 21 2015 ★

**LONG ISLAND OFFICE**

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: CR-09-439 |
| DARRON ROBERTS | ) |
| | ) USM No: 77376-053 |
| Date of Original Judgment: 07/26/2010 | ) |
| Date of Previous Amended Judgment: | ) TRACEY GAFFEY |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  One Hundred & Five(105)  months **is reduced to**  Seventy Eight (78) Months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/06/2010  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  01/21/2015 

s/ Sandra J. Feuerstein
_____
Judge's signature

Effective Date:  11/01/2015 
*(if different from order date)*

SANDRA J. FEUERSTEIN U.S.D.J.
*Printed name and title*